Submitted on record and appellant's brief December 19, 1991, reversed and remanded with instructions to dismiss indictment January 22, reconsideration denied April 15, petition for review allowed August 25, 1992 (314 Or 175)

## STATE OF OREGON,
*Respondent,*

*v.*

## CARLOS SANCHEZ-BUSTAMANTE,
*Appellant.*

(C9004-32514; CA A66539)

822 P2d 1211

Sally L. Avera, Public Defender, and David K. Allen, Deputy Public Defender, Salem, filed the brief for appellant.

No appearance for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

